IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTOR SHORT, SR., individually, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-CV-1953-M-BN |
| | § | |
| JPMORGAN CHASE BANK, N.A., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on November 19, 2015. *See* Dkt. No. 32. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants JPMorgan Chase Bank, N.A. and Government National Mortgage Association's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim [Dkt. No. 8] is GRANTED and Plaintiff Victor Short, Sr.'s claims are dismissed with prejudice. Plaintiff Victor Short, Sr.'s Motion for Leave to File an Amended Pleading [Dkt. No. 25] is DENIED and Defendants JPMorgan Chase Bank, N.A. and Government National Mortgage Association's Motion to Dismiss for Failure to Prosecute [Dkt. No. 27] is TERMINATED as moot.

1

**SO ORDERED** this 14th day of December, 2015.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**